UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ESTHER SALAS**<br>UNITED STATES DISTRICT JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2037<br>NEWARK, NJ 07101<br>973-297-4887 |

April 17, 2012

## LETTER ORDER

Re:   Ramada Worldwide, Inc. v. Anita Nguyen, LLC, et al.
      Civil Action No. 11-921 (ES)

Dear Counsel:

Pending before this Court is Plaintiff Ramada Worldwide, Inc.'s ("Plaintiff") motion to strike the answer of defendants Anita Nguyen, LLC and Hong V. Nguyen (the "Defendants") for violation of Fed. R. Civ. P. 37 and to enter default pursuant to Fed. R. Civ. P. 55(a). (the "Motion," Docket No. 19). Defendants did not oppose the Motion. On January 10, 2012, Magistrate Judge Cathy Waldor issued a Report and Recommendation (Docket Entry No. 20) recommending that this Court grant the Motion. Magistrate Judge Waldor advised the parties that they had fourteen days to file and serve any objections to the Report and Recommendation pursuant to Local Civil Rule 72.1(c)(2). To date, Defendants have not filed any objections.

The Court has considered Plaintiff's submission in support, as well as Judge Waldor's Report and Recommendation, and for the reasons stated therein,

IT IS on this 11th day of April 2012,

ORDERED that this Court adopts Judge Waldor's January 10, 2012 Report and Recommendation in full, and thus grants Plaintiff's Motion to strike and enter default; and it is further

ORDERED that Plaintiff's must file a motion for default judgment within 30 days of the date of this order; and it is further

ORDERED that the Clerk of the Court shall terminate Docket Entry Nos. 19 and 20.

**SO ORDERED.**

*s/Esther Salas*
**Esther Salas, U.S.D.J**
